**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

LISA KOWALEWSKI,

    Plaintiff,

      v.

SUSQUEHANNA COUNTY,

    Defendant.

CIVIL ACTION NO. 3:17-CV-01182

(JUDGE CAPUTO)

## <u>ORDER</u>

**NOW**, this 1st day of February, 2018, **IT IS HEREBY ORDERED** that:

(1)    Defendant Susquehanna County's Motion to Dismiss (Doc. 15) Plaintiff Lisa Kowalewski's Second Amended Compliant (Doc. 11) is **GRANTED**.

    (a)    Count I of Plaintiff's Second Amended Complaint is **DISMISSED without prejudice**.

(2)    Plaintiff has **twenty-one (21) days** from the date of entry of this Order to file a Third Amended Complaint that adequately pleads a claim of First Amendment retaliation. If Plaintiff fails to do so, this claim will be **dismissed with prejudice**.

      /s/ A. Richard Caputo

      A. Richard Caputo

      United States District Judge